*ELECTRONICALLY FILED*
UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF KENTUCKY LOUISVILLE
DIVISION
CIVIL ACTION NO.   3:23CV-305-GNS

TAMARA ERNSTER                                                                                                       PLAINTIFF

vs.                              **DEFENDANTS' JOINT NOTICE OF REMOVAL**

CITY OF MT. WASHINGTON, KENTUCKY, et al.                                          DEFENDANTS

* * * * * * * *

  Come the Defendants, City of Mt. Washington, Kentucky, and Daniel Kelty, individually and in his official capacity, by counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446(b)(c), and for their Joint Notice of Removal, state as follows:

  1.     Pursuant to 28 U.S.C §§ 1441 and 1446, Defendants, City of Mt. Washington and Daniel Kelty, hereby give notice of their removal of this action from the Bullitt Circuit Court, Action No. 23-CI-00405, to the United States District Court, Western District of Kentucky, Louisville Division.

  2.     On May 25, 2023, Plaintiff filed a Complaint in the Bullitt Circuit Court, Civil Action No. 23-CI-00405, against the aforementioned Defendants, asserting claims under 42 U.S.C. § 1983 and alleging multiple violations of federal law, including, but not limited to, the following:

  67.     That the Defendants, while acting under color of state law, deprived Plaintiff of the following rights guaranteed by the United States Constitution and the Kentucky Constitution amin violation of 42 U.S.C. §1983, and suffered damages.

  71.     That the Mt. Washington Officers therefore violated Plaintiff's rights under the Fourth Amendment to the United States Constitution, as incorporated against them by way of the Fourteenth Amendment to

the United States Constitution, and Section 10 of the Kentucky Constitution, when they seized Plaintiff without probable cause.

*Plaintiff's Complaint*, pp. 19-20. Plaintiff's Complaint raises federal questions because it alleges a violation of the U.S. Constitution, and specifically the Fourth and Fourteenth Amendments. Accordingly, Defendants are entitled to remove this action pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

3. The United States District Court for the Western District of Kentucky has original jurisdiction to adjudicate this dispute, as federal district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. *28 U.S.C. § 1331*. This Court has supplemental jurisdiction over Plaintiff's state law claims, including malicious prosecution, assault, battery, abuse of process, false arrest, false imprisonment, and negligence, pursuant to 28 U.S.C. § 1367.

3. Venue is proper and lies in the Western District of Kentucky, Louisville Division, because the underlying action was filed in the Bullitt Circuit Court and arises from an incident(s) occurring in Bullitt County, Kentucky.

4. Defendnats, City of Mt. Washington, and Daniel Kelty were served in this action by summons on May 30, 2023. Therefore, the removal of this action is timely pursuant to *28* U.S.C. §1446(b). The remaining Defendants have not been served to the best of these Defendants' knowledge and belief. These Defendants have served the remaining Defendants with notice of this removal.

5. Copies of all pleadings and documents, including exhibits filed to date, in the Bullitt Circuit Court are attached collectively as Exhibit #1 pursuant to 28 U.S.C. §1446(a).

6. Written notice of the filing of this Notice of Removal will be served on Plaintiff and the unserved Defendants and filed with the Bullitt Circuit Court in accordance with 28 U.S.C. §1446(d).

Respectfully submitted,

/s/Mark A. Osbourn_____
Mark A. Osbourn
BUSH & OSBOURN, PLLC
4350 Brownsboro Road, Suite 110
Louisville, KY 40207
(502) 609-2609
mosbourn@bushosbourn.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically through the E-Filing system and mailed via First-Class Mail, postage prepaid, this 16th day of June, 2023, upon the following:

Peter J. Jannace
515 Park Avenue
Louisville, KY 40208
*Counsel for Plaintiff*

Bradley Aubin
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Mark Batson
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285
Austin Battcher
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Troy Best
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Mark Bramer
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Jessee Bratcher
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Evan Brown
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Jonathan Brown
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Bradley Davis
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Edwin Johnson
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Patrick Lawrence
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

James Miller
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Anthony Morris
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Timothy Morris
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Derek Nalley
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

James Norris
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Michael Robinson
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Jeremy Schmidt
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Joseph Speer
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Michael Smith
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

Josh Thompson
c/o Mt. Washington Police Department
180 Landis Lane
Mt. Washington, KY 40047-0285

/s/Mark A. Osbourn
*Counsel for Defendants*